UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CLARK,

        Plaintiff,

Case No. 1:24-cv-823

Hon. Hala Y. Jarbou

v.

MARGARET QUELLETE,
*et al.*,

        Defendants.

_____/

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 24, 2025.  *See* Order (ECF No. 20).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

    **IT IS SO ORDERED**.

Dated:  May 23, 2025                    /s/ Ray Kent
                                                     RAY KENT
                                                     United States Magistrate Judge