UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CLARK,

     Plaintiff,

                                   Case No. 1:24-cv-823

v.

                                   Hon. Hala Y. Jarbou

MARGARET OUELLETTE and
UNKNOWN PARTY,

     Defendants.

_____/

## **ORDER**

On April 29, 2026, Magistrate Judge Ray Kent issued a report and recommendation that the Court grant defendant Margaret Ouellette's motion for summary judgment, dismiss her unnamed codefendant, and terminate this action.  (R&R, ECF No. 52.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on May 13, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 52) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Margaret Ouellette's motion for summary judgment (ECF No. 40) is **GRANTED**.

A judgment will issue in accordance with this Order.

Dated: May 29, 2026                  /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE